JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARGARET HANEY,<br>　　　　Plaintiff,<br>　　v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>　　　　Defendant. | Case No. 5:18-cv-2280-SK<br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: February 18, 2020

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE